# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

*Electronically filed on April 30, 2021*

| | |
|---|---|
| STATE OF MISSISSIPPI, *et al.*, ) | |
| ) | Consolidated |
| Plaintiffs, ) | Nos. 19-231L / 19-258L / 19-1812L / |
| ) | 19-1968L / 20-30L / 21-820 L |
| v. ) | |
| ) | Chief Judge Elaine D. Kaplan |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT STATUS REPORT

Pursuant to this Court's Order of April 19, 2021, ECF No. 66, the Parties, through undersigned counsel, respectfully file this Joint Status Report. Pursuant to the Court's instructions at the April 2, 2021 hearing, the parties have engaged in further meet-and-confer efforts regarding Plaintiffs' theory of the case. *See, e.g.,* ECF No 64 at 28-29 (4/2/21 Hr'g Tr.). Based on supplemental discovery responses Plaintiffs provided, the United States believes that Plaintiffs have adequately answered the four interrogatories that led to the United States' motion to compel, such that the United States can proceed to develop its defense. The United States' motion to compel, ECF No. 58, is, therefore, moot. Based on these supplemental discovery responses, the United States has a number of corollary questions about the scope and nature of Plaintiffs' contentions, which the United States will address in further discovery.

Respectfully submitted, this 30th day of April, 2021.

| | |
|---|---|
| */s/ Don Barrett* | JEAN E. WILLIAMS |
| John W. (Don) Barrett | Acting Assistant Attorney General |
| **BARRETT LAW GROUP, P.A.** | Environment & Natural Resources Division |
| 404 Court Square | |
| Lexington, Mississippi 39095 | |
| Tel:  (662) 834-2488 | */s/ Davené D. Walker* |
| Fax: (662) 834-2628 | DAVENÉ D. WALKER |
| donbarrettpa@gmail.com | BRENT ALLEN |
| | ZACHARY WEST |
| | Trial Attorneys |
| */s/ Patrick W. Pendley* | Natural Resources Section |
| Patrick W. Pendley (LA #10421) | Environment & Natural Resources Division |
| Andrea Barient (LA #35643) | United States Department of Justice |
| **PENDLEY, BAUDIN & COFFIN, L.L.P.** | P.O. Box 7611 |
| 24110 Eden Street | Washington, DC  20044-7611 |
| Post Office Drawer 71 | Telephone:  (202) 353-9213 |
| Plaquemine, Louisiana 70765-0071 | Facsimile:  (202) 305-0506 |
| Tel:  (225) 687-6396 | E-mail:  davene.walker@usdoj.gov |
| Fax:  (225) 687-6398 | |
| pwpendley@pbclawfirm.com | *Attorneys for the United States* |
| abarient@pbclawfirm.com | |

*Attorneys for Plaintiffs*

**Of Counsel:**

David McMullan, Jr.
**BARRETT LAW GROUP, P.A.**
404 Court Square
Lexington, Mississippi 39095
Tel:  (662) 834-2488
Fax: (662) 834-2628
dmcmullan@barrettlawgroup.com

Jonathan W. Cuneo
Mark Dubester
Jennifer E. Kelly
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
Fax: (202) 789-1813
jonc@cuneolaw.com
mark@cuneolaw.com
jkelly@cuneolaw.com

Jerry Abdalla
**ABDALLA LAW, PLLC**
602 Steed Road, Suite 200
Ridgeland, MS 39157
Telephone: (601) 487-4590
jerry@abdalla-law.com

Richard Barrett
**LAW OFFICES OF RICHARD R. BARRETT, PLLC**
2086 Old Taylor Rd, Suite 1011
Oxford, MS 38655
Telephone: (662) 380-5018
Fax: (866) 430-5459
rrb@rrblawfirm.net

Robert J. Cynkar
**MCSWEENEY, CYNKAR & KACHOUROFF, PLLC**
10506 Milkweed Drive
Great Falls, VA 22066
Telephone: (703) 621-3300
rcynkar@mck-lawyers.com

William F. Blair
**BLAIR & BONDURANT, P.A.**
P.O. Box 321423
Jackson, MS  29232
Telephone:  (601) 992-4477
bill@bbfirm.com

Larry D. Moffett
**LAW OFFICE OF LARRCY D. MOFFETT, PLLC**
P.O. BOX 1418
2086 Old Taylor Road, Suite 1012
Oxford, MS  38655
Telephone:  (662) 298-4435
larry@larrymoffett.com